AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:48 am, Mar 30, 2023*
**JEFFREY P. COLWELL, CLERK**

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN DAVID GRACE<br><br>*Defendant* | **Case: 1:23-mj-59**<br>**Assigned To: Magistrate Judge Zia M. Faruqui**<br>**Date: 3/17/2023**<br>**Description: Complaint with Arrest Warrant**<br>Colorado Case: 23-mj-00061-SKC |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ JONATHAN DAVID GRACE _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings; and
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

Date:    03/17/2023

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2023.03.17 12:59:52 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |